UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ONENESE KOLAWOLE MONDAY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:19-cv-365-LSC-GMB |
| WILLIAM P. BARR, *et al.*, | ) ) ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report on September 9, 2020, recommending the court grant Respondents' motion to dismiss the petition as moot due to Petitioner's removal to Nigeria on August 18, 2020. Doc. 31. Although the Magistrate Judge advised Petitioner of his right to file specific written objections within fourteen days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the Magistrate Judge's report and ACCEPTS his recommendation. Accordingly, Respondents' motion to dismiss the petition as moot is due to be granted. Doc. 30. The court will dismiss this matter by separate order.

---

[1] The report and recommendation, mailed to Petitioner at the Etowah County Detention Center, has not been returned as undeliverable. Doc. 31. Petitioner has not apprised the court of his current address.

1

**DONE** and **ORDERED** on October 16, 2020.

_____
L. Scott Coogler
United States District Judge

160704